IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 13-mj-01091-CBS
　　　and　　　13-cr-00205-RBJ

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.　　　JOSE RAMON CRUZ-GAMEZ,

　　　Defendant.

---

# ORDER

---

On June 13, 2013, the court heard initial proceedings in District of Colorado case number 12-cr-00205-RBJ and 13-mj-01091-CBS. Case No. 13-mj-01091 is an "out of District arrest" pursuant to a warrant issued in the District of Utah in case no. 10-cr-00075-001-DAK. Upon review of the oral recording of proceedings, the court notes that it and Mr. Cruz-Gamez's attorney in both cases, Scott Varholic, had a lengthy discussion on the record about transfer of the Utah case to Colorado and the fact that the U.S. Marshals Service would not transfer the defendant to Utah as long as District of Colorado case number 12-cr-00205-RBJ was pending. After the defendant waived his hearings in both cases and did not contest detention, this court issued an Order of Commitment to another District [Doc. No. 11] in the Utah matter, anticipating that the Defendant would not be transferred to Utah until the completion of case number 12-cr-

00205-RBJ.  Further, this court anticipated that the Utah case would be likely transferred to Colorado where District Court Judge Jackson could resolve both matters together.

The court has been advised by Supervisory Deputy U.S. Marshal Holden that the U.S. Marshal has transported the Defendant to the District of Utah because they were unaware of the existence of case number 13-cr-205-RBJ.  To complicate matters further, the pending Utah case for which the Defendant was transported out of District has been transferred to the District of Colorado and now is represented as District of Colorado case No. 13-cr-00266-RBJ.  Upon this transfer, Utah no longer has any pending criminal charges against Defendant Jose Ramon Cruz-Gamez, however the defendant is currently being held by the U.S. Marshals in Utah.

As if this were not complicated enough, because the Minutes were incomplete and did not accurately capture the conversation and understanding clearly set forth in the recorded proceedings that the Defendant would not be transferred to the District of Utah until completion of the proceedings in 13-cr-205-RBJ, District Court Judge Jackson has issued certain rulings in case numbers 13-cr-205-RBJ and 13-cr-266-RBJ in the belief that the Defendant was no longer available for proceedings in this District.

Now that the Utah case has been transferred to the District of Colorado, there is no necessity for a "Commitment to Another District."  Therefore, to unwind the morass created by failure to correctly document the June 13, 2013 proceedings and in hope of placing these train cars back on their proper tracks, the court will vacate its prior commitment order and require that the Defendant be brought back to Colorado to face charges in both Colorado cases.

Therefore, it is **ORDERED**

The court's Order of Commitment to Another District [Doc. No. 11] is hereby **VACATED** and the U.S. Marshal is ordered to forthwith transfer the Defendant Jose Ramon Cruz-Gamez to the District of Colorado.

Dated this 26th day of June, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge